UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

MALIK FRYAR,

                                              Plaintiff,

                          Case No. 10-CV-5879 (TLM)
            -against-

POLICE OFFICER ROBERT ZHEN, POLICE
OFFICER MATTHEW KOKORUDA, POLICE
OFFICER TYLER KALMAN AND POLICE
OFFICER PETER KESSLER,

                                            Defendants.


------------------------------------------------------------------------x

## PLAINTIFF'S PROPOSED JURY VERDICT FORM

**1.    Did defendants prove by a preponderance of evidence that they had probable cause to arrest plaintiff?**

        Yes_____                       No_____

        If you answered "Yes," go to question 2.
        If you answered "No," state the amount of compensatory or nominal damages you award plaintiff for his false arrest claim:  $_____


**2.    Did plaintiff prove by a preponderance of evidence that any defendant used excessive force against him or commit an assault and battery against him or failed to intervene in the use of excessive force or the commission of an assault and battery?**

        Yes_____                       No_____

        If you answered "No," go to question 3.
        If you answered "Yes," which defendant(s) used excessive force or committed an assault and battery or failed to intervene?

        Officer Robert Zhen                    _____
        Officer Matthew Kokoruda        _____
        Officer Tyler Kalman                  _____

        Officer Peter Kessler        _____

        If you answered "Yes," state the amount of compensatory or nominal damages you award plaintiff for his excessive force and assault and battery claim: $_____

**3.**    **Do you award plaintiff punitive damages?**

        Yes_____        No_____

        If you answered "Yes," state the amount of punitive damages you award plaintiff for each defendant?
        Officer Robert Zhen        _____
        Officer Matthew Kokoruda        _____
        Officer Tyler Kalman        _____
        Officer Peter Kessler        _____

*If you answered "No" to question 1, please answer Questions 4a, 4b, and 4c. If you answered "Yes" to question 1, stop, you have reached a verdict. Please have the foreperson date and sign the verdict sheet and tell the Court Security Officer you have reached a verdict.*

**4a.**    **Did plaintiff make a hand gesture that mimicked firing a gun?**

        Yes_____        No_____

**4b.**    **Did plaintiff stand in the street impeding the flow of vehicular traffic?**

        Yes_____        No_____

**4c.**    **Did plaintiff resist arrest?**

        Yes_____        No_____

*Please have the foreperson date and sign the verdict sheet and tell the Court Security Officer you have reached a verdict.*

                              _____
                                  FOREPERSON

September \_\_\_, 2011
Brooklyn, New York

## **DEFENDANTS' PROPOSED JURY VERDICT FORM**

1. **Did defendants have probable cause to arrest plaintiff?**

    Yes_____                    No_____

    If you answered "Yes," go to question 2.
    If you answered "No," state the amount of compensatory or nominal damages you award plaintiff for his false arrest claim:  $_____

2. **Did any defendant use excessive force in effectuating the arrest of plaintiff?**

    Yes_____                    No_____

    If you answered "Yes," which defendant(s) used excessive force in effectuating the arrest of plaintiff?

    | | | |
    |---|---|---|
    | Officer Robert Zhen | Yes_____ | No_____ |
    | Officer Matthew Kokoruda | Yes_____ | No_____ |
    | Officer Tyler Kalman | Yes_____ | No_____ |
    | Officer Peter Kessler | Yes_____ | No_____ |

    If you answered "Yes," state the amount of compensatory or nominal damages you award plaintiff for his excessive force claim:  $_____

*If you answered "No" to question 1, please answer Questions 3a, 3b, and 3c.  If you answered "Yes" to question 1, stop, you have reached a verdict.  Please have the foreperson date and sign the verdict sheet and tell the Court Security Officer you have reached a verdict.*

3a. **Did plaintiff make a hand gesture that mimicked firing a gun?**

    Yes_____                    No_____

3b. **Did plaintiff stand in the street impeding the flow of vehicular traffic?**

    Yes_____                    No_____

3c. **Did plaintiff resist arrest?**

    Yes_____                    No_____

3

*Please have the foreperson date and sign the verdict sheet and tell the Court Security Officer you have reached a verdict.*

_____
FOREPERSON

September ___, 2011
Brooklyn, New York