UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
Malik Fryar,

                                   Plaintiff,      **JUDGMENT**

      -against-                    Case No. 10-cv-05879 (TLM)

City of New York, Robert Zhen, Matthew Kokoruda,
Tyler Kalman,  Peter Kessler

                                   Defendants,
---------------------------------------------------------------- X

      This case was tried to a jury on September 19, 20, 21, and 22, 2011.  The jury rendered its verdict on September 22, 2011.  The jury having found in favor of plaintiff on his false arrest and false imprisonment claims against defendants Robert Zhen and Peter Kessler and awarding $100.00 in compensatory damages, and having found defendant Robert Zhen liable for punitive damages in the sum of $500.00, it is

      **ORDERED** that judgment be and is hereby entered in favor of plaintiff, Malik Fryar, and against defendants City of New York, Robert Zhen, and Peter Kessler jointly and severally in the amount of $100.00, and against defendant Robert Zhen individually in the amount of $500.00, subject to defendants' right to file post-trial motions for relief within 21 days of the entry of this judgment inclusive of weekends and holidays, to specifically include but not limited to defendants' motion made pursuant to Fed. R. Civ. P. 50, re-urged several times during the trial.

      **IT IS FURTHER ORDERED** that interest upon the amounts awarded by this judgment shall accrue at the rate provided for by Title 28, United States Code, § 1961, from the date of entry of judgment until paid.

      **IT IS FURTHER ORDERED** that defendants City of New York, Robert Zhen, and Peter

Kessler are cast with the costs of this proceeding pursuant to Fed. R. Civ. P. 54(d) to specifically include the cost of the production of the transcripts of the trial testimony.

**IT IS FURTHER ORDERED** based on the jury verdict that defendants City of New York, Robert Zhen, and Peter Kessler are cast with reasonable attorney fees pursuant to Title 42, United States Code, § 1988(b). The quantum of reasonable attorney fees will be determined by the presiding District Judge or the United States Magistrate Judge assigned to this case in the event the attorneys for the parties are not able to resolve the issue without judicial intervention. The attorneys are to advise the Court within 10 days of the entry of this judgment whether or not they have been able to reach an amicable agreement as to attorney's fees and costs due under this judgment. Subject to the foregoing, based on the jury verdict,

**IT IS FURTHER ORDERED** that this matter is **DISMISSED**.

_____
Tucker L. Melançon
United States District Judge

September 23, 2011
Brooklyn, NY