UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
Malik Fryar,

                                                Plaintiff,

    -against-                                 Case No. 10-cv-05879 (TLM)

Robert Zhen, Matthew Kokoruda,
Tyler Kalman, Peter Kessler

                                             Defendants,
----------------------------------------------------------------- X

## JURY VERDICT FORM

1a.    Do you find in favor of the plaintiff on his federal law false arrest claim and New York state law false imprisonment claim as to any of the defendants?

| | | |
|---|---|---|
| Officer Robert Zhen | _X_ Yes | ___ No |
| Officer Matthew Kokoruda | ___ Yes | _X_ No |
| Officer Tyler Kalman | ___ Yes | _X_ No |
| Officer Peter Kessler | _X_ Yes | ___ No |

*If you answered "No" to Question 1a as to all defendants, proceed to Question 2a. If you answered "Yes" to Question 1a as to any of the defendants, answer Question 1b and then proceed to Question 2a.*

1b.    What amount of compensatory damages do you award to plaintiff under his false arrest and false imprisonment claims?

$ __100.00__

2a.    Do you find in favor of the plaintiff on his federal law excessive force claim as to any of the following defendants?

| | | |
|---|---|---|
| Officer Matthew Kokoruda | ___ Yes | _X_ No |
| Officer Tyler Kalman | ___ Yes | _X_ No |
| Officer Peter Kessler | ___ Yes | _X_ No |

*If you answered "No" to Question 2a as to all defendants, proceed to Question 3a. If you answered "Yes" to Question 2a as to any of the defendants, answer Question 2b and then proceed to Question*

1

COURT EXHIBIT

1

*3a.*

    2b.    What amount of compensatory or nominal damages do you award to plaintiff under his excessive force claim?

              $_____

3a.    Do you find in favor of the plaintiff on his federal law failure to intervene claim against any of the defendants?

| | Yes | No |
|---|---|---|
| Officer Robert Zhen | ____ | _X_ |
| Officer Matthew Kokoruda | ____ | _X_ |
| Officer Tyler Kalman | ____ | _X_ |
| Officer Peter Kessler | ____ | _X_ |

*If you answered "No" to Question 3a as to all defendants, proceed to Question 4a. If you answered "Yes" to Question 3a as to any of the defendants, answer Question 3b and then proceed to Question 4a.*

    3b.    What amount of compensatory or nominal damages do you award to plaintiff under his failure to intervene claim?

              $_____

4a.    Do you find in favor of the plaintiff on his New York state law assault claim against any of the defendants?

| | Yes | No |
|---|---|---|
| Officer Robert Zhen | ____ | _X_ |
| Officer Matthew Kokoruda | ____ | _X_ |
| Officer Tyler Kalman | ____ | _X_ |
| Officer Peter Kessler | ____ | _X_ |

*If you answered "No" to Question 4a as to all defendants, proceed to Question 5a. If you answered "Yes" to Question 4a as to any of the defendants, answer Question 4b and then proceed to Question 5a.*

    4b.    What amount of compensatory or nominal damages do you award to plaintiff under his assault claim?

              $_____

2

5a. Do you find in favor of the plaintiff on his New York state law battery claim against any of the following defendants?

| | | |
|---|---|---|
| Officer Matthew Kokoruda | ___ Yes | _X_ No |
| Officer Tyler Kalman | ___ Yes | _X_ No |
| Officer Peter Kessler | ___ Yes | _X_ No |

*If you answered "Yes" to Question 5a as to any of the defendants, answer Question 5b.*

5b. What amount of compensatory or nominal damages do you award to plaintiff under his battery claim?

$ _____

*If you answered "No" to Questions 1a, 2a, 3a, 4a, and 5a as to all of the defendants, stop; you have reached a verdict. Please have the foreperson date and sign the verdict sheet and tell the Court Security Officer you have reached a verdict. If you answered "Yes" to Question 1a, 2a, 3a, 4a, or 5a as to any of the defendants, answer Questions 6, 7, and 8.*

6. Do you find by a preponderance of the evidence that plaintiff obstructed vehicular or pedestrian traffic?

   ___ Yes          _X_ No

7. Do you find by a preponderance of the evidence that plaintiff engaged in a course of conduct that caused alarm or seriously annoyed another person?

   ___ Yes          _X_ No

8. Do you find by a preponderance of the evidence that plaintiff resisted arrest?

   _X_ Yes          ___ No

*Please have the foreperson date and sign the verdict sheet and tell the Court Security Officer you have reached a verdict.*

/s/
_____
FOREPERSON

September **22**, 2011
Brooklyn, NY

3