UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
Malik Fryar,

                                   Plaintiff,    **JUDGMENT**
       -against-                         Case No. 10-cv-05879 (TLM)

City of New York, Robert Zhen, Matthew Kokoruda,
Tyler Kalman, Peter Kessler

                                  Defendants,
---------------------------------------------------------------- X

      Resolution of the issues of attorneys' fees and costs was referred to United States Magistrate Judge Marilyn D. Go for Report and Recommendation [Rec. Doc. 43], as the parties were unable to amicably resolve these issues between themselves.  After an independent review of the record, and noting the absence of any objections from the parties, the Court concludes that the thorough and well-supported Report and Recommendation of the Magistrate Judge [Rec. Doc. 55] is correct, and adopts the findings and conclusions contained therein as its own. Accordingly, it is

      **ORDERED** that the plaintiff be awarded attorneys' fees in the sum of $77,837.00, and expenses in the sum of $746.62, for a total sum of $78,583.62.

      **SO ORDERED.**

                                                        Tucker L. Melançon
                                                        UNITED STATES DISTRICT JUDGE

October 19, 2012
Brooklyn, NY